### ADAMS V. THE STATE.

(Decided January 14, 1913.)

APPEAL from Montgomery City Court.

Heard before Hon. ARMSTEAD BROWN.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and WILLIAM L. MARTIN, Assistant Attorney General, for the State.

Per curiam. No error in the record. Affirmed.

### ANGLIN V. THE STATE.

(Decided January 23, 1913.)

APPEAL from Dale Circuit Court.

Heard before Hon. MIKE SOLLIE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.